**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO**

23cv80463

Amar Gueye, Plaintiff(s)

vs.

Android, T-Mobile, AT&T, The United States Government, The State of Israel & all its Current & former elected Officials involved in Pegasus Spy Software Scandals and NSO Hackings , Israeli Foreign Representatives, All Countries that Globally used Israel's Spy Software against Plaintiff & similarly situated victims and Others et al, Defendants

## AMENDED ORIGINAL COMPLAINT

This case exposes a series of multiple Global violations of Plaintiff's constitutional rights from various countries and jurisdictions across the United States. It illustrates the preamble of the panorama of **racist conspiracies** to persecute a Black Muslim and his family in the United States of America.

The case exposed a widespread global targeting of journalists and human rights activists and revealed evidence that their smart phones were hacked using The Pegasus spyware sold by the Israeli firm. The collaborative investigation was conducted by the Pegasus Project—named after NSO's hacking software—which is a consortium of 17 media organizations in ten countries. The project is coordinated by Paris-based journalism nonprofit Forbidden Stories, with technical support and forensic analysis by Amnesty International's Security Lab and independent corroboration by University of Toronto's research project Citizen Lab.The case exposes a series of multiple Global violations of Plaintiff's constitutional rights from various countries and jurisdictions across the United States.

## Preliminary Statement

Plaintiff, a United States Citizen originally from Senegal is a former TV producer & host of an advocacy television program called Truth Matters from Media Bridges in Cincinnati-Ohio. Truth Matters exposed illegal deeds from U.S. Elected Officials and Heads of States from all over the world. Truth matters equally highlighted many corruptions, fraudulent conduct, discriminatory acts and Racism all over the world. The program was biasedly shut down by Media Bridges. Plaintiff filed a lawsuit against Media Bridges that subsequently evaporated in the middle of the legal battles.

Plaintiff's life in America has always been a rollercoaster of false accusations of Terrorist and other Racist names that the Haters could never prove in a court of Law. As such, Plaintiff's computers & electronic devices such as his Android phones, his cell phones services from T-Mobile & AT&T from 2000 up to date have been under constant surveillance, constant hacking, constant thefts of personal and business data, thefts of Family souvenirs like family pictures, Plaintiff's pictures with World leaders like South Africa's President **Frederik Willem de Klerk** who released President Nelson Mandela from prison before Madiba become President of South Africa.

FILED BY cds D.C.

APR 06 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.



Worst, Plaintiff's emails (wce347@hotmail.com & SirPapadg@gmail.com, Wceinc@gmail.com for Plaintiff's nonprofit) have all been hacked with Fifteen to Seventeen Years of irreplaceable files of intellectual properties, book manuscripts, business trades, copyrights materials, family pictures and other lifetime personal data.

Section 7 of the Privacy Act (found at 5 U.S.C. § 552a note (Disclosure of Social Security Number)) provides that:

"It shall be unlawful for any Federal, State or local government agency to deny to any individual any right, benefit, or privilege provided by law because of such individual's refusal to disclose his social security account number." Sec. 7(a)(1).

# Facts

All defendants have either concurrently, subsequently, closely or remotely **conspired** to violate Plaintiff's constitutional Rights in the United States, in Switzerland while seeking for Political Asylum around 2012, in Senegal during Plaintiff's multiple trips to West Africa, in Canada around 2016 when Plaintiff attempted another search for Political asylum and the Canadian Customers wrongfully confiscated Plaintiff legally purchased weapon with a Ohio Conceal & Carry license without due process nor remedies. Plaintiff was also informed by the Canadian Customers that the Racist United States Government had put a flag on his name to prevent him from seeking Asylum in Canada. Plaintiff filed complaints with many International institutions to recover his weapon from the Canadian government without remedy. Plaintiff came to realize that Black People just do not have rights on Earth no matter what so-called democratic country they live or travel to.

Defendants have all engaged in the violation of Plaintiff's rights:

**-CONSPIRACY AGAINST RIGHTS-TITLE 18, U.S.C., SECTION 241**

**- Federal Tort Claims Act ("FTC"), 28 U.S.C. § 2671, et seq. Jurisdiction is alleged to exist pursuant to 28 U.S.C. § 1346.**

Plaintiff also alleges claims of negligent and intentional infliction of emotional distress, negligent hiring and supervision, negligently providing an unsafe workplace and employment discrimination along with failure to properly investigate the physical attack on Plaintiff by a criminal named Marco Colon at **Nassau Candy Factory.**

**Plaintiff brings this case under** Foreign Intelligence Surveillance Act of 1978 (FISA). Please see See 50 U. S. C. §1806(f); 884 F. Supp. 2d 1022, 1028–1029; 965 F. 3d 1015, 1052. Held: Section 1806(f);563 U. S., at 484. Congress enacted FISA to provide special procedures for use.The Alien Tort Claims Act (ATCA) of 1789;

Title 28, U.S.C., 1940 ed., §41(17) (Mar. 3, 1911, ch. 231, §24, par. 17, 36 Stat. 1093 )
**-Failure to Conduct Prompt and Impartial Investigations (Article 12) & Limitations on the Rights of Redress and Remedy (Articles 13, 14):** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." This ban on torture and other ill-treatment has subsequently been incorporated into the extensive network of international and regional human rights treaties. It is contained in Article 7 of the International Covenant on Civil and Political Rights (ICCPR), ratified by 153 countries, including the United States in 1992,

Title VII of 1964 Civil Rights Act, prohibits employment discrimination based on race, color, religion, sex, or national origin. Here, The Palm Beach County and the State of Florida have denied Plaintiff work for about a year now. Similarly, Amos Taylor and Nassau Candy Distributor illegally terminated Plaintiff's employment while gathering funds to spearhead the programs of his nonprofit in Sunshine State. Everson v. Board of Education, 330 U.S. 1, 16 (1947); Illinois ex rel. McCollum v. Board of Education, 333 U.S. 203, 211 , 212 (1948).

**-Violations of Plaintiff's Constitutional Rights:**

**-Violation of Plaintiff's Fourth Amendment Rights:**

By acting under color of state law to deprive Plaintiffs of their Fourteenth Amendment rights, Defendants have violated 42 U.S.C.§ 1983.

-Violation of Plaintiff' Fifth Amendment Rights: No person shall be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation. Palm Beach County's hateful denial of Plaintiff's Covid Rent relief and continuous discriminatory practices have caused Plaintiff unnecessary debts, irreparable health and housing harms for staying in a place where Plaintiff was constantly fed cigarette smokes even during the month of Ramadan when Plaintiff fasted more than twelve hours a day for an entire month.

**The Defendants AT&T & Affiliates and U.S. Governmental agencies** deliberately hacked Plaintiff's personal and business phone data, intellectual properties and Business trademarks for the past Fifteen years with malicious and vicious unfair business practices like shutting down Plaintiff's paid phone services, intentionally deleting Plaintiff's voice messages and willfully delaying submission of sent messages to Plaintiff's phone. AT&T and Whatsapp also constantly upgrade Plaintiff's phone software without his consent. Plaintiff found out that all those software upgrades are nothing but thefts of Plaintiff's Data. AT&T turned off many times Plaintiff's phone and AT&T customer service agents in Mexico threatened Plaintiff to keep turning off his service if Plaintiff kept writing articles and memorandums for social justice to BBC News World Report and other global news outlets.

As for Microsoft, it switched Plaintiff's computer and email software from Microsoft to Outlook around 2015 without his consent & knowledge.

Plaintiff had a reliable witness in this case when he filed a complaint with the New York Buffalo Judge, the Honorable **Judge Robert Russell** around 2016-17 when his Android phone was dialing 911 without his knowledge while he was at work, and sending text messages to people while Plaintiff was not aware of it.

**. JURISDICTION AND VENUE**

- This Court has jurisdiction over this action pursuant to 42 U.S.C. § 1983, 42

kU.S.C. § 2000d, 28 U.S.C. §§ 1331, 1343(a)(3), (a)(4), and the Fourth and Fourteenth Amendments to the United States Constitution along with violations of Plaintiff's Second Amendments, Fifth and Six Amendments Rights to the Constitution of the United States. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

- Venue in this district is proper under 28 U.S.C. § 1391(b) because Plaintiffs' claims arose in this judicial district.

28 U.S. Code § 2284 - Three-judge court; when required;

***FL. R. Civ. P. 1.430;***

***Rule 38. Right to a Jury Trial***

**RELIEF REQUESTED**

As a direct and proximate result of Defendants' policies, practices, and/or customs, omissions, Plaintiff (and his family) has suffered and will continue to suffer compensable harm, including financial harm, humiliation, emotional distress, loss of liberty, loss of property and/or violations of their constitutional rights, and are entitled to declaratory relief, preliminary and permanent injunctive relief, lifetime financial relief and costs of all previous & current litigations. Plaintiffs hereby seek a compensation of Two Hundred Million Dollars from each and every Defendant in the interest of Justice. Plaintiffs seek a speedy trial by jury of all issues and a panel of Three judges to litigate this unprecedented case against Bad Boy BiBi.

Plaintiff must emphasize here his respect for the Israeli Heroes:( Please see the Music For World Peace Concert Plaintiff dedicated **Gandhi**, **Anwar Sadat**, the 3rd President of Egypt and to the **Honorable Yitzhak Rabin**, the fifth Prime Minister of Israel and Plaintiff's invitation for his Beloved friend Colette Avital, former Israel's Consul General in New York City in 1996 during Plaintiff's World Peace Concert sponsored by Plaintiff's nonprofit.

Since this case deals with bad boy BiBi, Benjamin "Bibi" Netanyahu who is an Israeli politician who has been serving as the prime minister of Israel since December 2022, having previously held the office from 1996 to 1999 and again from 2009 to 2021, Plaintiff's is not afraid but could not be naive of the lethal danger his life could be facing with the Bad boy BiBi. BiBi received more ovation than any other American Elected Officials with endless claps from the U.S. Congress when invited by Abigail's cousin of BuckEye State, Congressman John Andrew Boehner. You all better watch out for this Cat!

**Therefore, Plaintiff hereby requests interim measures. The Court may, under Rule 39 of its Rules of Court, indicate interim measures to any State Party to the Convention. Interim measures are urgent measures which, in accordance with the established practice of the Court, apply only where there is an imminent risk of irreparable damage (see Mamatkulov and Askarov v. Turkey [GC], nos. 46827/99 and 46951/99, § 104, 4 February 2005 and Paladi v. Moldova [GC], no. 39806/05, §§ 86-90, 10 March 2009). Interim measures are applied in the most typical cases there are fears of a threat to life (situation falling under Article 2 of the Convention) or ill-treatment prohibited by Article 3 of the Convention (prohibition of torture and inhuman or degrading treatment). In highly exceptional cases, they can also be applied in respect of certain requests relating to other rights enshrined in the Convention. In case of any Foul play, Plaintiff hereby requests a German doctor appointed by the Honorable Chancellor Merkel, a UK doctor appointed by the Honorable Prime Minister Liz Truss, a doctor from Iran and a doctor from Indonesia to spell out the truth and to know who to go after for the foul play on Plaintiff. Hope they won't bribe a Brooklyn BBW for a kiss from Hell like they did to my brother, former DC Mayor Marion Shepilov Barry.**

Plaintiff(s) travels a lot to manage his nonprofit by attending conferences, seminars, business and trade shows. As such, Plaintiff(s) prays the court to allow him to send and receive electronic filings to discharge

him from burdensome costs of transportation to constantly return to Palm Beach County to pick mails and timely respond to court filings. Pursuant to Rule 5(b)(2)(E), and in accordance with PACER, Plaintiff (s) orders Defendants to serve Plaintiff(s) electronically all correspondences regarding this case and to forward to the clerk of court all motions received electronically from Plaintiff the same day for court transmission.

Respectfully Submitted

Papadg046@gmail.com

Mr. Amar Gueye

9999 North Military Trail

Palm Beach Gardens, Florida 33410

March 23, 2023

AFFIDAVIT OF DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS UNDER 28 U.S. Code § 1915 -

I, Amar Gueye , am the petitioner in the above –entitled case. In support of my motion to proceed in forma pauperis, I state that because of my unemployed status due to decades of employment Discrimination and vicious Persecution as a Black Muslim in the United States, systemic bias in United States courts and denial of justice in dozens of civil right cases along with the thefts of my money from American Banks and two burglaries in San Antonio-Texas, I am unable to cover the costs of this case with a yearly income less than five thousand Dollars. Therefore, I am entitled to redress. In Compliance with 28 U.S.C. §1746 and 28 U. S. C. §1915, I hereby file this affidavit to the Federal District Court - Southern District of Florida in support of this case.

Respectfully Submitted

March 23, 2023

Mr. Amar Gueye,

Twenty First Century Abolitionist,

Founder, World Anti-Racism Forum

Gueye

**ADDRESSES OF DEFENDANTS**

U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.

V

Office of the Assistant Attorney General, Main
Washington, D.C. 20530

AT&T Headquarter
AT&T Headquarter 208 S. Akard St. Dallas, TX 75202

**Android Industries, LLC Corporate Office**
2155 Executive Hills Drive Auburn Hills, Michigan 48326
Phone: (248) 732-0000
Fax: (248) 454-0501

T-Mobile Headquarters, CEO Email, Phone Number & Email ...

Feb 22, 2023 — The headquarters and corporate office of T-Mobile is located at **3625 132nd Ave SE, Bellevue, WA 98006,**

Consular Department

Embassy of Israel

3514 International Drive, N.W.

Washington, D.C. 20008

**Relevant to the Corporate Disclosure**

1-Plaintiff founded the nonprofit World Cultural Exchange Incorporated in New York State in 1995.

2- Plaintiff is the only Authorized Agent for the nonprofit since 1995.

3- Any other individual who has used any documents, credentials, name or any assets of the nonprofit without Plaintiff's written consent or knowledge has committed identity thefts, thefts of intellectual properties and business trades along with other crimes and must be prosecuted by the U.S. Government with complete compensation of any harm, losses & damages inflicted to the nonprofit and its founder. The nonprofit never received any funds from any counties, States, U.S. Federal government nor individual contributors for the past Twenty Seven Years.

4- Since 1995, Plaintiff and his only maternal family in Africa, mainly his sisters have funded all programs of the nonprofit.

5- The nonprofit operated since 1995 in New York from 1995 to 2001 and in Ohio from 2001 to 2015, in Kentucky from 2015 to 2017, in New York from 2017 to 2018, in Texas from 2018 to 2021 and in Florida from November 2011 up to date with donations of thousands of books to American children, community outreach programs helping minority kids in tutoring & mentoring,



providing Pro Bono advocacy to poor single mothers and U.S. veterans without a single dime from the U.S. government.

6- Although replicated by many from the U.S. and Canada with copycat names like worldwide cultural exchange or the world kitchen, Plaintiff's organization is not affiliated with any other organization and does not have any ties with any U.S. elected officials nor authorities from any other country in the world.

7- Plaintiff, the son of An African Entrepreneur who did read nor write, is grateful to his ancestors to erect an organization that has been copied by many, including the United States Government through the USA Brand.

March 23, 2023

Respectfully,

Mr. Amar Gueye

Gueye

MR. AMMAR GUEYE
9999 N. MILITARY TRAIL
PALM BEACH GARDENS
FL 33410
MAILED 04-04-03

CPU

U.S. POSTAGE
$0.87
FCML RDC 99
Orig: 33436
Dest: 33401
04/04/23
2000052558
R2303S102163
02 6W

...NTON BEACH FL 3...

To: U.S. FEDERAL COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET #202
WEST PALM BEACH, FL 33401

33401-511352